UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

SCOTT FAPPIANO,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                  Defendant(s).

------------------------------------------------------------------------- X

**NOTICE OF MOTION**

07-CV-2476 (SLT) (SMG)

PLEASE TAKE NOTICE, that upon the annexed declaration of Arthur G. Larkin, Esq., dated July 8, 2010, and the exhibits thereto, the declarations of Chester Stoyeck and Suzanne Melendez, the memorandum of law submitted herewith, defendants' Statement Pursuant to Local Civil Rule 56.1, and upon all prior pleadings and proceedings had herein, defendants will move this Court, Hon. Sandra L. Townes, at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an order pursuant to Rule 56(c) granting summary judgment dismissing the complaint in its entirety.

Dated:      New York, New York
               July 8, 2010

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendants*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-1599

                                 By:          /s/
                                            Arthur G. Larkin (AL 9059)
                                            Assistant Corporation Counsel

TO: NEUFELD, SCHECK & BRUSTIN, LLP
Attorney for Plaintiffs
99 Hudson Street, 8th Floor
New York, New York  10013
(212) 965-9081