

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | **ARTHUR G. LARKIN**<br>Senior Counsel<br>Phone: (212) 788-1599<br>Fax: (212) 788-9776<br>alarkin@law.nyc.gov |

February 13, 2012

**BY ECF**

Hon. Sandra L. Townes
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Scott Fappiano v. City of New York, et al.</u>, CV-07-2476 (SLT) (SMG)

Your Honor:

      We write in order to request an extension of one day, from Thursday, Feb. 16, to Friday, Feb. 17, 2012, of the date by which defendants must submit their response to plaintiff's Statement of Additional Material Facts, as required by the court's docket entry of Jan. 27, 2012. <u>*Plaintiff does not object to this request*</u>.  We request this brief extension because the undersigned is part of the appeals team handling the matter <u>Alan Newton v. City of New York</u>, No. 11-2610, pending in the U.S. Court of Appeals for the Second Circuit, in which Respondents' brief is due this Wednesday, Feb. 15, 2012.  Since I was trial counsel in this case, my participation in finalizing the brief is crucial.  We thank Your Honor for considering this request.

                              Respectfully submitted,

                                /s/
                              Arthur G. Larkin (AL 9059)
                              Assistant Corporation Counsel

AGL/m
cc:    All Counsel (by ECF)